U.S. District Court
Providence, R.I.

| Terrance Cannon<br>v<br>United States of America | CA 06 132 ML<br>Case No: 1:01CR00131-001 |
|---|---|

MOTION TO VACATE SENTENCE
UNDER THE
CONSTITUTION AND STATUES

First Admendment Redress Of Grievance against the Government and the Ninth Admendment Reservation to hold all Public Officials to the higher standards and knowledge of the law, un-delegated rights and privilegs guaranteed by the Constitution of the United States.

No Government Branch can authorize an unconstitutional act.

Bill of attainer (article 1, 2 and 3 of the Constitution) the violation is called Cost of Pains & Penalties. The points are shown very clearly in the U.S. Code to prosecute anyone in the trial Courts and by silence to American Jurisprudence on or as to the Constitution.

An equally important part to understand is that the superior viewing body, the high Court stated; the law used to sentence a prisoner was invalid. There is no sentence claus in the act of Congress 98-473 that mandated the USSG.

Under Constitutional Construction AmJur 2d again, when the high Court negates a provision of an act about a severance clause, the whole act is void from the begining as it never existed, can control no rights or legal standing. This is cancellation by any-ones definitions.

The attack of direct process, a Habeus Corpus, will close this matters when the U.S. Attorney fails to answer directly Federal Civil Rules 8 & 9 show conclusively.

Secondarily, the sentences, even if proven by some strange set of events to be valid are currently being executed in an illegal manner.

The Executive Branch, a creature of the law, is bound ab-solutely to act in good faith at all times. See Article II "Executive Powers" under the Constitution.

Title 18 USC £3551 authorize only this types of sentences; probation, fine or imprisonment. The charging statues that were before Court, with one exception under Title 21 £841 et seg are limited to punishment of fine or imprisonment.

Reference to the charging instrument, the indictment and the charged office will verify the above statement. Example 18 USC £371 cites only fine or imprisonment. Other refrences seetions in 18 USC £3551 & £3553 imposition of sentence, £3554 order of criminal forfeitures, a separate action under criminal rules; £3555 order of notice to victims, £3552 order of restitution, none of which authorize supervised release.

Title 18 USC £3553 refrences Title 28 £994 which also only recognizes sentences of fine, imprisonment or probation.

[illegible] section refrences to USC

This section referenees 18USC £3663(b) and £3583 9bJ.

Title 18 £3583 states; inclusion of a term of supervised release may be included as part of a sentence; and that a requirement that a defendant be placed on a term of supervised release if such term is required by statue.

Being charged under one statue and sentenced under another set of statues exposes the fact that supervised release is not authorized to be tacked on to a sentence of imprisonment.

Reference to the law dictionaries and AmJur 2d, clarify this issue. There are definitions of probation, parole and imprisonment, restraints or liberty. There is no definition for Supervised Release. In short supervised released is in lieu of parole under prior law to the now excised USSG. Example: a sentence of 120 months with a term of supervised release after imprisonment results in a stay at prison of 60 months when supervised release is set at 5 years. A deduction of 54 days per year served should result in 270 days deduction.

Supervised release is not an authorized sentence. It's a separate type of restraint of liberty a different kind of punishment! Double punishment is double jeopardy! Does anything get simpler than looking at the published statements issued by the United States? [illegible]

Please note; that all sentencing "Case Law" between November 1, 1987 and January 12, 2005 is now void, suspect at the very least due to the fact that all those government statements were based on invalid law.

Double jeopardy is banned by the 5th admend. " No person shall be subject for the same offence to be twice put in jeopardy of life or limb."

There are no statues regarding supervised release as a form of punishment . Supervised release would be a double penalty which is barred by Article one section nine of the Constitution from transgressing on judicial function and discretion. The separation of Powers Principle, a fundamental construction under the Constitution that allows the United States legislative power to make the law, exclusive power to the executive to administer it and exclusive power to the judicial to enforce it.

Under the Constitution any government body or employees, attorneys & etc. is absolutely barred from causing a person to be subject to two sentences

under different sections of laws or claims by different branches.

The Supreme Court in its plenary power over federal law issues has declined the U.S.S.G. being mandatory is unconstitutional, a violation of the 5th & 6th admendment, void from the beginning, confereing no powers, establishing no rights. It matters not who disagrees, the Constitution controls.

PL 98-473 deleted prior law or sentencing. The October 12, 1984; 98 stat. 1728, effective November 1, 1987 repealed prior sentencing which contained parole provisions. This means the new law, now declared unconstitutional, is replaced by the old law. Constitutional Construction states that under this circumstances, the law replaced is considered in effect at the moment the replacing law is invalidated.

Parole under the replaced laws went into force the moment the Supreme Court declared the U.S.S.G. Unconstitutional January 12, 2005.

Sentences are limited to terms of probation, fines or imprisonment. There is no authority under criminal charges for a sentence to supervised release. It is a fact that supervised release is brought before the court by an act of Congress via presentence report claims first presented by the Judicial Bench, a violation of the separation of powers doctrine.

A) Title 18 U.S.C. 1987 edition; chapter 227; subchapter A-General Provisions section 3551 at b) Individuals. Individual found guilty either by plea or trial of an offense shall be sentenced in accordance with the provisions of section 3553 to;

(1) term of probation (2) fine (3) a term of imprisonment

§3553 - imposition of a sentence

§3554 - criminal forfeiture

§3555 - notice to victim

§3556 - order of restitution

None of which authorized supervised release.

Supervised Release with the old law. Example of a sentence of 120 months and 5 years of supervised release, subtract the supervised release from the total amounts which would be 60 months then good-time credit at 54 days a year X 5 years leaving 4 years + 3 months imprisonment, (51 months). The last 6 months imprisonment or 10%, which ever is less to re-enter society, would be 45 months of imprisonment. Supervised Release is an enhancement and violates Booker 160 Led 2d 621 (2005), Apprendi 120 §2348 (2000) and Jones 526 US 227 (1999). Also violating Separation of Powers and Bill of Attainers claus of the Constitution. This being said would be a second punishment for the same crime. United States Probation Officer, a Court agent, is illegal in the outcome. Two punishments are barred by double jeopardy.

The prior law replaces by a nullified law is in effect at that precise instant, controlling all acts taken under the invalid law, as ciced by AmJur 2d at 203 volume 16A. The Courts are not bound to enforce, void as initio acts, Painter Vs. Shalala 97 F3d 1351, Bartlet Vs. Bowen 326 F2d 695.

There're no degrees of Constitutionality, so that an act is either Constitutional or Unconstitutional.

As the sentence issued by a Court in their execution are solely the responsibility of the Executive Branch and each official is bound to know the law,

ignorance being no excuse, it is automatic that prison officials know on January 12, 2005, Supreme Court notice they were and are required to take corrective measures, they have failed to act. Prior law controlling at time of sentence, any time between November 1, 1987 and January 12, 2005 means Bureau of Prisons/ Federal Bureau of Prisons is required to correct all the sentences it has executed previously when they failed to do for over 9 months.

As is shown, effect of present controling law, parole is to be executed by prisons officials at the appropiate eg. immediate since PL 98-923 as amended voided as to mandatory notice act, U.S.S.G.

Parole is executed under authority of the Attorney General. The Executive Branch is the sole holder of power to execute this law as it is exposed in 18 U.S.C. 4210. Supervised Release is not legally enforceable. Under 18 U.S.C. 4161, 180 days plus good time and maximum allowable is two / thirds for violation of parole.

Changes ordered by the Suoreme Court shows clear, irrefragable terms, statements issued for execution by the United States in all branches for correction of plain error in both Judicial and Executive functions is absolutely required.

The sentence of imprisonment was obtained by an unconstitutional act, on authority of the Supreme Court of the United States; Booker enhancements. The sentence as issued, contains supervised release provision as part of the term to sentence on authority of the United States Code. Same code used to found the claim.

Imprisonment obtained and continued on non-disclosure of known, relevant materials facts, and law, has denied prisoners; benefit, privileges and rights guaranteed by law, on authorities.

I'm asking the Court to drop the Supervised Release and to correct my sentence so it complies with the laws that are before us.

Respectfully;

 Terrence Cannon 03098-070