CA 06 132 ML

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF Rhode Island

Terrance Cannon

v.

United States of America

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 1:01CR00131-001

I, Terrance Cannon, declare that I am the (*check appropriate box*)

- [x] petitioner/plaintiff
- [ ] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] ______ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Constitutional issues and statues

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes [x] No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

      $15.00 per month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes [ ] No [x]
   b. Rent payments, interest or dividends? Yes [ ] No [x]
   c. Pensions, annuities or life insurance payments? Yes [ ] No [x]
   d. Gifts or inheritances? Yes [ ] No [x]
   e. Any other sources? Yes [x] No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

my wife when possible

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐ No ☒ (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐ No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/14/06 (Date) — Terrence Cannon, Signature of Applicant

## CERTIFICATE

*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ .05¢ on account to his credit at the Federal Medical Center, Rochester, MN institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: Unknown.

I further certify that during the last six months the applicant's average balance was $ 3.54

Gunnar Kruger
Correctional Counselor
FMC Rochester

Authorized Officer of Institution

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| *United States Judge* — *Date* | *United States Judge or Magistrate* — *Date* |

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | [illegible] | Current Institution | [illegible] |
| Inmate Name: | [illegible] | Housing Unit | [illegible] |
| Report Date: | [illegible] | Living Quarters | [illegible] |
| Report Time: | [illegible] | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | 3/7/2006 11:31:17 AM | 136 | | | Sales | ($13.70) | | $0.05 |
| RCH | 3/6/2006 8:11:56 AM | IOS006 | | | FRP Quarterly Pymt | $0.00 | | $13.75 |
| RCH | 3/6/2006 8:08:46 AM | FIPP0206 | | | Payroll - IPP | $13.68 | | $13.75 |
| RCH | 2/14/2006 11:00:15 AM | 83 | | | Sales | ($6.20) | | $0.07 |
| RCH | 2/11/2006 5:22:12 PM | ITS0211 | | | Phone Withdrawal | ($2.00) | | $6.27 |
| RCH | 2/7/2006 12:05:56 PM | 134 | | | Sales | ($8.58) | | $8.27 |
| RCH | 2/6/2006 10:31:23 AM | FIPP0106 | | | Payroll - IPP | $16.80 | | $16.85 |
| RCH | 1/11/2006 8:29:05 AM | 16 | | | Sales | ($13.95) | | $0.05 |
| RCH | 1/9/2006 5:17:24 PM | ITS0109 | | | Phone Withdrawal | ($3.00) | | $14.00 |
| RCH | 1/9/2006 7:51:30 AM | FIPP1205 | | | Payroll - IPP | $16.44 | | $17.00 |
| RCH | 12/7/2005 5:13:35 PM | ITS1207 | | | Phone Withdrawal | ($2.00) | | $0.56 |
| RCH | 12/7/2005 11:42:10 AM | 101 | | | Sales | ($13.64) | | $2.56 |
| RCH | 12/7/2005 8:52:27 AM | FIPP1205 | | | Payroll - IPP | $15.96 | | $16.20 |
| RCH | 12/6/2005 6:55:17 AM | FIOS003 | | | FRP Quarterly Pymt | $0.00 | | $0.24 |
| RCH | 11/23/2005 8:52:12 AM | 29 | | | Sales | ($3.00) | | $0.24 |
| RCH | 11/21/2005 8:23:44 PM | ITS1121 | | | Phone Withdrawal | ($1.00) | | $3.24 |
| RCH | 11/19/2005 10:30:34 AM | ITS1119 | | | Phone Withdrawal | ($4.00) | | $4.24 |
| RCH | 11/16/2005 8:38:57 AM | 19 | | | Sales | ($17.10) | | $8.24 |
| RCH | 11/11/2005 5:31:32 AM | 70145201 | | | Lockbox - CD | $25.00 | | $25.34 |
| RCH | 11/9/2005 8:44:21 AM | 28 | | | Sales | ($16.25) | | $0.34 |
| RCH | 11/3/2005 12:34:29 PM | FIPP1005 | | | Payroll - IPP | $16.08 | | $16.59 |
| RCH | 11/2/2005 8:54:00 AM | 37 | | | Sales | ($1.35) | | $0.51 |
| RCH | 10/12/2005 8:22:03 AM | 12 | | | Sales | ($31.35) | | $1.86 |
| RCH | 10/6/2005 8:08:25 PM | ITS1006 | | | Phone Withdrawal | ($4.00) | | $33.21 |
| RCH | 10/6/2005 12:22:19 PM | 6JV0007 | | | Payroll - IPP | $37.20 | | $37.21 |
| RCH | 9/7/2005 8:42:41 AM | 25 | | | Sales | ($11.50) | | $0.01 |
| RCH | 9/2/2005 7:58:13 AM | IOS011 | | | FRP Quarterly Pymt | ($25.00) | | $11.51 |
| RCH | 9/2/2005 7:43:12 AM | 5JV0114 | | | Payroll - IPP | $30.64 | | $36.51 |
| RCH | 8/17/2005 9:16:18 AM | 49 | | | Sales | ($5.45) | | $5.87 |
| RCH | 8/3/2005 8:29:46 AM | 16 | | | Sales | ($11.02) | | $11.32 |
| RCH | 8/2/2005 6:37:38 AM | 5JV0100 | | | Payroll - IPP | $21.64 | | $22.34 |
| RCH | 7/13/2005 8:55:28 AM | 32 | | | Sales | ($14.54) | | $0.70 |
| RCH | 7/7/2005 12:24:09 PM | 5JV0096 | | | Payroll - IPP | $15.24 | | $15.24 |

| | | | | | |
|---|---|---|---|---|---|
| RCH | 6/15/2005 8:26:52 AM | 17 | Sales | ($3.85) | $0.00 |
| 1 | | | | | |

**Total Transactions: 34**

| | | |
|---|---|---|
| **Totals:** | **($3.80)** | **$0.00** |

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RCH | $0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.05 |
| **Totals:** | **$0.05** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.05** |

CERTIFICATE OF SERVICE

I, TERRANCE CANNON declare under the penalties for perjury that I placed a true copy of this motion in the institutional mailbox, addressed to: U.S. DISTRICT COURT ONE EXCHANGE TERRACE PROVIDENCE, R.I. 02903 CLERK OF COURT, on this 14th day of MARCH 2006.

Terrance Cannon