**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TERRANCE A. CANNON | : | |
| | : | |
| | : | |
| v. | : | CA No. 06-132ML |
| | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente for the District of Rhode Island, and Gerard B. Sullivan, Assistant United States Attorney, and hereby respectfully requests that this court extend the time period during which the government must respond to the petition to May 12, 2006. The Assistant United States Attorney who previously handled this case has transferred to the District of Connecticut and the matter must be reassigned. The undersigned Assistant will handle the matter personally but requires additional time to review the petitioner's file.

**GRANTED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** 5/1/06

WHEREFORE, the government respectfully moves that the motion be granted.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

GERARD B. SULLIVAN
Assistant U.S. Attorney
RI Bar No. 3134